NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ Appellant,⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
v.⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )⁣ ⁣ Case No. 2D17-4993
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
JOHNATHAN ROGERS,⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ Appellee.⁣ ⁣ ⁣ ⁣ ⁣ )
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark R. Wolfe,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellant.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.

⁣ ⁣ ⁣ ⁣ Affirmed.


SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.